501 A.2d 249

**COMMONWEALTH of Pennsylvania**

v.

**John DEVERY, Appellant.**

Supreme Court of Pennsylvania.

Argued Dec. 3, 1985.

Decided Dec. 12, 1985.

Mitchell Strutin, Philadelphia, for appellant.

Robert B. Lawler, Chief/Appeals Div., Steven J. Cooperstein, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Commonwealth's Petition for Remand granted. Sentence of death vacated and matter remanded to Court of Common Pleas of Philadelphia for imposition of sentence of life imprisonment.